PENNSYLVANIA STEEL CO. v. NEW YORK CITY RY. CO. FARMERS' LOAN & TRUST CO. v. METROPOLITAN ST. RY. CO. GUARANTY TRUST CO. v. SAME.

(Circuit Court, S. D. New York. June 19, 1911.)

Nos. 2—9, 2—23, 3—37, 2—149.

STREET RAILROADS (§ 58*)—INSOLVENCY AND RECEIVERS—INSTRUCTIONS TO RECEIVERS.

Receivers for an insolvent street railroad company instructed to remove certain disused tracks of the company and to surrender the franchises therefor.

[Ed. Note.—For other cases, see Street Railroads, Cent. Dig. § 135; Dec. Dig. § 58.*]

In Equity. Suits by the Pennsylvania Steel Company against the New York City Railway Company, by the Farmers' Loan & Trust Company against the Metropolitan Street Railway Company, and by the Guaranty Trust Company against the Metropolitan Street Railway Company. On petition of receivers of the Metropolitan Street Railway Company for instructions in reference to surrender of certain franchises and removal of certain disused tracks of the Metropolitan Company. Petition granted.

Byrne & Cutcheon, for complainant.
Masten & Nichols, for receivers Metropolitan St. Ry.
Dexter, Osborn & Fleming, for receiver New York City Ry. Co.
J. Parker Kirlin, for Metropolitan St. Ry. Co.

LACOMBE, Circuit Judge. So far as the tracks of the Metropolitan Crosstown Railroad are concerned, this application should be reserved for 20 days, to give the trustee under its mortgage opportunity to initiate the proceeding which was suggested, on the argument, to take possession of the property.

As to the suggestion of the corporation counsel that the terms of the order be made broad enough to authorize the receivers to give up franchises and remove tracks not enumerated in the pending petition, it is thought nothing of this sort should be done until all persons interested in such nonenumerated franchises and tracks shall have had an opportunity to be heard as to their disposition.

Nor is it thought that there should be further delay in removal of these enumerated items as to which all are agreed, until at some future time the local authorities may decide that they wish other franchises and tracks disposed of. The present petition (except as to the Metropolitan Crosstown) is therefore granted, in the hope that

thereby some progress may be made. If the representative of the city will call receiver's attention to other tracks and franchises which it wishes disposed of, a supplementary petition can then be prepared, enumerating them, and notice of its presentation given to all persons interested.